**Order entered December 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01418-CV

### IN RE JENNIFER CARAWAY, LEE BROOKE, AND AVIDEL MEDICIAL MANAGEMENT, INC., Relators

**Original Proceeding from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-05808-2018**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.  We **ORDE**R relators to bear the costs, if any, of this original proceeding.

/s/     DAVID L. BRIDGES
         JUSTICE